972

No. 10–9228. MOORE v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 10–9807. BAZEMORE v. UNITED STATES. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals,* 506 U. S. 1 (1992) *(per curiam).* JUSTICE KAGAN took no part in the consideration or decision of this motion and this petition.

No. 10A887. WELLS v. UNITED STATES. Application for certificate of appealability, addressed to JUSTICE THOMAS and referred to the Court, denied.

No. 10M106. MOORE v. TERRELL, WARDEN; and
No. 10M107. ANDERSEN v. YOUNG & RUBICAM. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 09–1233. BROWN, GOVERNOR OF CALIFORNIA v. PLATA ET AL. D. C. E. D. & D. C. N. D. Cal. [Probable jurisdiction postponed *sub nom. Schwarzenegger* v. *Plata,* 560 U. S. 964.] Motion of appellants for leave to file a supplemental brief after argument granted. Motion of appellees for leave to file a supplemental brief after argument granted.

No. 10–209. LAFLER v. COOPER. C. A. 6th Cir. [Certiorari granted, 562 U. S. 1127.] Motion of petitioner to dispense with printing the joint appendix granted.